# ATTACHMENT 1

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 15 2023
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Nelson Johnson

vs

(Full name of defendant(s))

First Advantage

Case Number:

23 CV 637 WMC

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

4849 Sheyborgan Ave Apt 321, Madison, WI 53705
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant __First Advantage__
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at __1 Concourse Pkwy #200 Atlanta, GA 30328__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

First Advantage violated my rights, they failed to correct my criminal background check. On 05/03/23 my dispute was filed On 05/22/23 it was completed with no change. This report cost my employment with Walmart in the city of Madison, WI. The convictions reported weren't correct I filed my dispute, but that was no help. I have completed a background

Attachment One (Complaint) – 2

Check with another background check company who reported my convictons/charges correctly. The charges CheckR reported were correct vs First Advantage report. First Advantage stated they had the correct information on the report. By not fixing the report under Federal law my rights were violated.

C.  **JURISDICTION**

☑  I am suing for a violation of federal law under 15 USC 1681

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like for my background check to be corrected, an apology, and financial settlement.

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case

OR

☑ Court Trial – I want a judge to hear my case

Dated this _____ day of __09__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

773-527-9119
_____
Plaintiff's Telephone Number

nelsoni.johnson8133@gmail.com
_____
Plaintiff's Email Address

4849 Sheboygan Ave Apt 321
Madison, WI 53705
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.