IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NELSON JOHNSON,

    Plaintiff,

v.

FIRST ADVANTAGE,

    Defendant.

ORDER

Case No. 23-cv-637-wmc

---

NELSON JOHNSON,

    Plaintiff,

v.

ACCURATE BACKGROUND,

    Defendant.

ORDER

Case No. 23-cv-638-wmc

---

Plaintiff Nelson Johnson has filed two proposed civil complaints.  Plaintiff seeks to commence the lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing the actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiffs Nelson Johnson's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether either case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 15th day of September, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge