## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

NELSON JOHNSON,

     Plaintiff,

                                     Case No.  23-cv-637-wmc

  v.

FIRST ADVANTAGE,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant First Advantage against plaintiff Nelson Johnson dismissing this case.

| | |
|---|---|
| s/ Deputy Clerk | 12/3/2024 |
| Joel Turner, Clerk of Court | Date |